13

United States District Court
Southern District of Texas
ENTERED

MAR 3 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GILBERTO MORENO, JR. | § | |
| Petitioner, | § | |
| vs. | § | CIVIL NO. B-97-232 |
| | § | |
| GARY L. JOHNSON, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Institutional Division | § | |
| Respondent. | § | |

## ORDER

Before the Court is Gilberto Moreno, Jr.'s ("petitioner") Motion for Reconsideration pursuant to Federal Rules of Civil Procedure, Rule 60(b). This Court has reviewed the petitioner's claims and is of the opinion that such are without merit.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that the petitioner's Motion for Reconsideration pursuant to Federal Rules of Civil Procedure, Rule 60(b) should be and is hereby DENIED.

DONE this __31st__ day of March, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge