/5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GILBERTO MORENO, JR. | § |
|     Petitioner, | § |
| | § |
| v. | § |
| | § Civil No. B-97-232 |
| GARY L. JOHNSON, Director | § |
| Texas Department of Criminal | § |
| Justice, Institutional Division | § |
|     Respondent. | § |

ORDER DENYING CERTIFICATE OF APPEALABILITY

This Court dismissed Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. §2254 on the 20th day of July, 1998. Petitioner's subsequent Motion for Reconsideration was denied by this Court on the 31st day of March, 1999. Petitioner then filed his Notice of Appeal and Application for Certificate of Appealability on the 28th day of April, 1999.

The standard for such certificate is set forth in 28 U.S.C. §2253. In order to issue the Certificate of Appealability, the applicant must make a substantial showing of the denial of a constitutional right. It is this Court's opinion that Petitioner has failed to make this showing and therefore his Application for Certificate of Appealability is hereby **DENIED**.

**SO ORDERED.**

Signed this 11th day of May, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge